UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FIREMANS FUND INSURANCE COMPANY
a/s/o PACIFIC VALLEY FOODS, INC.,

       Plaintiff,

       - against -

M/V LT GOING, her tackle, boilers, engines, etc. *in rem*; and EVERGREEN MARINE CORPORATION and EVERGREEN AMERICA CORPORATION, *in personam*,

       Defendants.
------------------------------------------------------------X



2008 Civ.

**FRCP RULE 7.1
DISCLOSURE STATEMENT**



       NOW comes plaintiff, FIREMANS FUND INSURANCE COMPANY a/s/o PACIFIC VALLEY FOODS, INC. and submits in duplicate its Disclosure Statement pursuant to F.R. Civ. P., Rule 7.1.

       ALLIANZ (NYSE: AZ) is the publicly traded parent company of FIREMANS FUND INSURANCE COMPANY. PACIFIC VALLEY FOODS, INC. is not publicly traded.

Dated: New York, New York
      March 21, 2008
      299-260

                            CASEY & BARNETT, LLC
                            Attorneys for Plaintiff

                      By: _____
                            Christopher M. Schierloh (CS-6644)
                            317 Madison Avenue, 21st Floor
                            New York, New York 10017
                            (212) 286-0225