9129/PMK
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR
61 BROADWAY, SUITE 3000
NEW YORK, NEW YORK 10006
212-344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY a/s/o PACIFIC VALLEY FOODS., <br><br> Plaintiff <br> -against- <br><br> M/V LT GOING; her engines, tackles, boilers, etc. *in rem*; and EVERGREEN MARINE CORPORATION and EVERGREEN AMERICA CORPORATION, *in personum* <br><br> Defendants. | 08cv2987 <br> ECF <br><br><br> **EVERGREEN'S** <br> **RULE 7.1 STATEMENT** |

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned, counsel for defendant Evergreen Marine Corporation and Evergreen America Corporation certifies that upon information and belief this defendant has no corporate parents, subsidiaries, or affiliates which are publicly held other than Eva Airways.

Dated: May 23, 2008
   New York, New York

             Respectfully submitted,
             CICHANOWICZ, CALLAN, KEANE,
             VENGROW & TEXTOR, LLP
             *Attorneys for Evergreen Marine Corporation*
             *and Evergreen America Corporation*

             By: S/ Paul M. Keane (PMK-5934)
               61 Broadway, Suite 3000
               New York, NY 10006
               Telephone: (212) 344-7042
               Telefax: (212) 344-7285