# CASEY & BARNETT, LLC
### ATTORNEYS AT LAW
317 Madison Avenue, 21st Floor
New York, New York 10017
Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

MARTIN F. CASEY*
GREGORY G. BARNETT**

CHRISTOPHER M. SCHIERLOH

\* Admitted in NY and NJ
\*\* Admitted in NY, NJ, La and OH

NEW JERSEY OFFICE
Casey & Barnett, LLP
25 Prospect Street
Morristown, NJ 07960

Tel: (973) 993-5161
Fax: (973) 539-6409

July 7, 2008

*Via Facsimile: 212-805-7901*

The Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

Re: *Fireman's Fund Insurance Company v. M/V LT GOING et al*
08 Civ. 2987 (HB)
Our File: 299-260

Dear Honorable Judge:

We represent the Plaintiff, Fireman's Fund Insurance Company, in the above captioned action and write to request an adjournment for the Pre-Trial Conference scheduled for Thursday, July 10, 2008 at 12:00pm.

Due to an unavoidable scheduling conflict involving plaintiff's counsel, we request an adjournment of the conference to a date convenient for the Court in late July or early August. We have brought this matter to the attention of defendant's counsel, and they have consented to this request.

The parties are actively engaged in settlement negotiations and the exchange of documents. This is the first request for an adjournment.

We appreciate the Courts consideration of this request.

Respectfully submitted,
CASEY & BARNETT, LLC

*[signature]*

Christopher M. Schierloh

cc:   *Via facsimile*: 212-344-7285
Jessica De Vivo
Cichanowicz, Callan, Keane,
Vengrow & Textor
61 Broadway, Suite 3000
New York, NY 10006

> The Pretrial conference is now scheduled for August 21, 2008 at 2:30 pm.

SO ORDERED:

*[signature]*

Harold Baer, Jr., U.S.D.J.

Date: 7/8/08