UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FIREMANS FUND INSURANCE COMPANY
a/s/o PACIFIC VALLEY FOODS, INC.,         2008 Civ. 2987 (HB)

       Plaintiff,

   - against -                                            **STIPULATION AND ORDER
                                                           OF DISCONTINUANCE**

M/V LT GOING, her tackle, boilers, engines, etc. *in
rem*; and EVERGREEN MARINE CORPORATION
and EVERGREEN AMERICA CORPORATION, *in
personam*,

       Defendants.
-----------------------------------------------------------X

     It is hereby stipulated and agreed, by and between the undersigned, attorneys for

the parties herein, that the above captioned matter has and hereby is discontinued with prejudice

and without costs to either party, subject to reopening within thirty days of entry of this Order.

Dated: New York, New York
       July 28, 2008
       299-260

| Casey & Barnett, LLC | Cichanowicz Callan Keane et al |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendants |

By: _____         By: _____
Christopher M. Schierloh                      Jessica DeVivo
317 Madison Avenue, 21st Floor          61 Broadway, Suite 3000
New York, NY 10017                            New York, NY 10006-2802
(212) 286-0225                                      (212) 344-7042

SO ORDERED:

_____
United States District Judge